IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: WASHINGTON MUTUAL, INC., et al.<br><br>Debtors. | ) ) ) ) ) | |
| JPMORGAN CHASE BANK, N.A.<br><br>Appellant,<br>v.<br><br>WASHINGTON MUTUAL, INC., et al.<br><br>Appellees. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 09-615 GMS |
| FEDERAL DEPOSIT INS. CORP., as Receiver<br><br>Appellant,<br>v.<br><br>WASHINGTON MUTUAL, INC., et al.<br><br>Appellees. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 09-616 GMS |
| FEDERAL DEPOSIT IN. CORP., as Receiver<br><br>Appellant,<br>v.<br><br>WASHINGTON MUTUAL, INC., et al.<br><br>Appellees. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 09-617 GMS |

|  |  |
|---|---|
| JPMORGAN CHASE BANK, N.A.,  )<br>) <br>Appellant,  )<br>)<br>v.  )<br>WASHINGTON MUTUAL, INC., et al.  )<br>)<br>Appellees.  )<br>_____ ) | Civil Action No. 09-618 GMS |

## ORDER

WHEREAS, on September 28, 2009, the parties filed a Joint Motion to Consolidate the four above-captioned appeals from the same Orders entered by the United States Bankruptcy Court for the District of Delaware on July 6, 2009;

WHEREAS, the central questions of law in each of the appeals are identical, and consolidation of the appeals would promote judicial economy, avoid unnecessary cost to the parties, and prevent unnecessary inconvenience to the court;

IT IS HEREBY ORDERED that:

The Joint Motion to Consolidate Appeals is GRANTED. All future filings will be filed under CONSOLIDATED LEAD CASE No. 09-615 GMS.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

October __4__, 2009